of Appeals for the Eighth Circuit denied. *Mr. E. Howard Morphy* for petitioners. *Solicitor General Hughes* and *Mr. John J. Byrne* for the United States.

No. 380. NORTH RIVER INS. CO. *v.* BECNEL ET AL. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Walker B. Spencer* for petitioner. *Mr. A. A. Moreno* for respondents.

No. 381. SWIFT & CO. *v.* AMERICAN TRANSPORTATION CO. ET AL.;

No. 382. ARMOUR & CO. *v.* SAME; and

No. 383. WILSON & CO., INC., *v.* SAME. October 21, 1929. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Charles R. Hickox* for petitioners. *Mr. Homer L. Loomis* for respondents.

No. 384. HILL ET AL. *v.* UNITED STATES; and

No. 385. KARNS *v.* SAME. October 21, 1929. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Robert B. Keenan* for petitioners. *Solicitor General Hughes,* and *Messrs. Claude R. Branch* and *Mahlon D. Kiefer* for the United States.

No. 393. BOGELMANN *v.* THE ROSEWAY. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. E. Curtis Rouse* for petitioner. *Messrs. Edward L. Logan* and *War-*

*ner Pyne* for respondent.

No. 401. PITTSBURGH & WEST VIRGINIA R. Co. *v.* WHEELING & LAKE ERIE R. Co. ET AL. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. C. F. Taplin* for petitioner. *Messrs. Wm. H. Boyd, Andrew P. Martin, H. H. McKeehan,* and *George W. Cottrell* for respondents.

No. 357. CHINNIS *v.* UNITED STATES. October 21, 1929. Petition for writ of certiorari to the Court of Claims denied. *Mr. Samuel T. Ansell* for petitioner. *Solicitor General Hughes, Assistant Attorney General Galloway,* and *Messrs. Claude R. Branch* and *M. C. Masterson* for the United States.

No. 386. ALBRECHT ET AL. *v.* LOHSE ET AL. October 21, 1929. Petition for writ of certiorari to the Appellate Court of Illinois denied. *Mr. George A. Lytle* for petitioners. No appearance for respondents.

No. 387. PEARSON ET AL. *v.* HIGGINS, TRUSTEE. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. George D. Collins* for petitioners. No appearance for respondent.

No. 391. FUKUNAGA *v.* HAWAII. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Eric Lyders*